IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:07cr95-WHA |
| | ) |
| TERRANCE DANDRE CAFFEY | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given of the appearance of Thomas M. Goggans as counsel for Defendant Terrance Deandre Caffey.

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Terrance Deandre Caffey

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:07cr95-WHA |
| | ) |
| TERRANCE DANDRE CAFFEY | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 22d day of May, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to the following: **Leura G. Canary, John T. Harmon, Christa D. Deegan**

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Terrance Deandre Caffey

2