IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
            v.                    )      CR. NO. 2:07cr95-WHA
                                  )
TERRANCE DEANDRE CAFFEY           )


UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 1st day of June, 2007.


FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY



/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christa D. Deegan** and **Thomas M. Goggans**.

Respectfully submitted,


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney