```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr95-WHA |
| | ) | |
| TERRANCE DEANDRE CAFFEY | ) | |

## NOTICE OF BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violation of Title 21, United States Code, Section 841(a)(1), as alleged in Counts 1 through 4 of the indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 21, United States Code, Section 853:

> Eight Thousand Eight Hundred ($8,800) Dollars in United States currency seized February 2, 2007, from Terrance Deandre Caffey;

> Seventeen Thousand Eight Hundred Seventy Five ($17,875.00) Dollars in United States currency seized February 2, 2007, during search of 1220 Marlowe Drive, Montgomery, Alabama.

Respectfully submitted this 1st day of June, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY



                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christa D. Deegan** and **Thomas M. Goggans.**

```
                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
```