# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. 2:07CR-95-WHA |
| | ) | |
| **TERRANCE DEABDRE CAFFEY** | ) | |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on June 18, 2007, before the undersigned Magistrate Judge. Present at this conference was the Honorable Thomas M. Goggans, counsel for the defendant, and Assistant United States Attorney Christa D. Deegan, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **August 6, 2007**. The trial of this case is set for the trial term commencing on **August 6, 2007** before **Sr. United States District W. Harold Albritton** and is expected to last two (2) days for trial.

2. The following motion is currently pending: *Defendant's Motion to Suppress.* An evidentiary hearing is set for **July 3, 2007** at **9:00 a.m.**

3. Proposed voir dire questions shall be filed on or before **July 30, 2007.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **July 30, 2007**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of the

motion.

    5. Proposed jury instructions shall be filed on or before **July 30, 2007.**

    6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **July 25, 2007.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **August 6, 2007.** The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **August 6, 2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

    Done this 18th day of June, 2007.

                                         /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE