IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07-CR-95-WHA |
| | ) | |
| TERRANCE DEANDRE CAFFEY | ) | |

**ORDER**

Upon consideration of the oral motion to continue evidentiary hearing on motion to suppress made by the defendant at the commencement of the hearing on July 3, 2007, it is

ORDERED that the motion be and is hereby GRANTED and that the evidentiary hearing be and is hereby continued from July 3, 2007, to August 2, 2007, at 9:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 3rd day of July, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE