**FILED**
JUL 18 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:07-cr-95-WHA |
| | ) |
| TERRANCE DEANDRE CAFFEY | ) |
| | ) |

### MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment without prejudice, heretofore filed in the above styled cause, on the following grounds, to wit:

SUPERSEDING INDICTMENT FILED ON JULY 18, 2007.

Respectfully submitted this the 18th day of July, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

CHRISTA D. DEEGAN
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7138
E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07-cr-95-WHA |
| | ) | |
| TERRANCE DEANDRE CAFFEY | ) | |
| | ) | |

### ORDER

Upon consideration of the Motion for Leave to Dismiss Indictment without prejudice, heretofore filed in the above styled cause, and for good cause shown, SUPERSEDING INDICTMENT FILED ON JULY 18, 2007, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE