IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | 2:07cr95-WHA |
| ) | |
| TERRANCE DEANDRE CAFFEY ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for August 1, 2007 at 10:30 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner:

TERRANCE DEANDRE CAFFEY before the United States District Court at Montgomery, Alabama, Courtroom 5B, on the 1st day of August, 2007 at 10:30 o'clock a.m.

DONE this 19th day of July, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: *Joyce Taylor*
Deputy Clerk