IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)      CR. NO.   2:07-cr-95-MHT<br>TERRANCE DEANDRE CAFFEY     ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody TERRANCE DEANDRE CAFFEY into the custody of HIDTA Special Agents Bret Hamilton and/or Becky Sparkman, on July 23, 2007, through January 31, 2008, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Bret Hamilton and/or Becky Sparkman to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 20th day of July, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Christa D. Deegan
        CHRISTA D. DEEGAN
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104-3429
        Phone: (334)223-7280    Fax: (334)223-7138
        E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  2:07-cr-95-MHT |
| TERRANCE DEANDRE CAFFEY ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas Goggins, Esquire.

                                        LEURA G. CANARY
                                        UNITED STATES ATTORNEY

                                        /s/Christa D. Deegan
                                        CHRISTA D. DEEGAN
                                        Assistant United States Attorney
                                        131 Clayton Street
                                        Montgomery, AL 36104-3429
                                        Phone: (334)223-7280   Fax: (334)223-7138
                                        E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO.  2:07-cr-95-MHT |
| TERRANCE DEANDRE CAFFEY | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #    ), filed on July 20, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of TERRANCE DEANDRE CAFFEY to HIDTA Special Agents Bret Hamilton and/or Becky Sparkman, on July 23, 2007, through January, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agents Robert Thornton and/or Nance Bishop shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of July,  2007.

_____
UNITED STATES MAGISTRATE JUDGE