IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr95-WHA |
| | ) | |
| TERRANCE DEANDRE CAFFEY | ) | |

<u>O R D E R</u>

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the currency named in the bill of particulars is hereby stricken.

DONE this 20th day of July, 2007.


/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE