IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-95-WHA |
| | ) | |
| TERRANCE DEANDRE CAFFEY | ) | |
| | ) | |

### ORDER

Upon consideration of the Motion for Leave to Dismiss Indictment without prejudice, heretofore filed in the above styled cause, and for good cause shown, SUPERSEDING INDICTMENT FILED ON JULY 18, 2007, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 20th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE