IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.   2:07-cr-95-MHT |
| ) | |
| TERRANCE DEANDRE CAFFEY ) | |

**ORDER**

Upon consideration of the government's motion for release of prisoner (Doc. # 27), filed on July 20, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of TERRANCE DEANDRE CAFFEY to HIDTA Special Agents Bret Hamilton and/or Becky Sparkman, on July 23, 2007, through January, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agents Robert Thornton and/or Nance Bishop shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 20th day of July, 2007.

　　　　　　　　　　　　　　　　　   /s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE