IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr095-WHA |
| TERRANCE DEANDRE CAFFEY ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue (Doc. #31), filed by the Defendant on July 25, 2007. For the reason that a superseding indictment has been filed and the Defendant's counsel is in need of additional time to investigate the new counts in the superseding indictment, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that this case is CONTINUED from the term of court commencing August 6, 2007 to the term of court commencing September 17, 2007.

DONE this 25th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE