IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:07cr95-WHA-CSC |
| | ) | |
| TERRANCE DEANDRE CAFFEY | ) | |

**DEFENDANT TERRANCE DEANDRE CAFFEY'S
MOTION TO CONTINUE SUPPRESSION HEARING**

Comes now Defendant Terrance Deandre Caffey, by and through counsel, and shows as follows:

1. Defendant Caffey's motion to suppress is set for an evidentiary hearing on August 2, 2007.

2. On July 18 2007, a superseding indictment was filed in this case. The superseding indictment added two counts relating to Defendant Caffey. The superseding indictment also names as a defendant another individual who has not been apprehended. An arraignment on the superseding indictment as to Defendant Caffey is scheduled for August 1, 2007.

3. On July 25, 2007, the trial of this case was continued from August 6, 2007 to September 17, 2007.

4. Defendant Caffey and the government are exploring settlement options in this case. A hearing on the motion to suppress may not be necessary.

ACCORDINGLY, Defendant Terrance Deandre Caffey moves this Court to continue the suppression hearing to a later date.

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Terrance Deandre Caffey

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:07CR95-WHA-CSC |
| | ) | |
| TERRANCE DEANDRE CAFFEY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 30th day of July, 2007, electronically filed

this document with the Clerk of the Court using the CM/ECF system which will send

notification to each of the following: Christa D. Deegan and John T. Harmon.

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Terrance Deandre Caffey