IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr95-WHA |
| | ) | |
| TERRANCE DEANDRE CAFFEY | ) | |

**ORDER**

Upon consideration of the motion to continue suppression hearing (doc. # 33) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and that the evidentiary hearing presently set for August 2, 2007 be and is hereby CONTINUED to August 16, 2007 at 9:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 31st day of July, 2007.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE