IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
VS.                               )  CASE NO. 2:07cr95-WHA
                                  )
TERRANCE DEANDRE CAFFEY           )

**DEFENDANT TERRANCE DEANDRE CAFFEY'S**
**MOTION TO WITHDRAW MOTION TO SUPPRESS**

Comes now Defendant Terrance Deandre Caffey, by and through counsel and

moves to withdraw his motion to suppress (Doc 15)  because this case, as to Defendant

Terrance Deandre Caffey, is proceeding to settlement and a hearing and ruling on the

motion to suppress do not appear to be necessary.

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Terrance Deandre Caffey

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this the 14th day of August, 2007, electronically

filed this document with the Clerk of the Court using the CM/ECF system which will

send notification to each of the following: Christa D. Deegan, John T. Harmon, Daniel G.

Hamm.

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Terrance Deandre Caffey