IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                                  )
     v                        )          CR. NO. 2:07cr95-WHA
                                    )
TERRANCE DEANDRE CAFFEY     )

**ORDER**

Now pending before the court is the defendant's motion to withdraw his motion to suppress (doc. # 15) previously filed on June 14, 2007.  *See* Doc. # 46.  The motion to suppress is presently set for an evidentiary hearing on August 16, 2007.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to withdraw the motion to suppress (doc. # 46) be and is hereby GRANTED.  It is further

ORDERED that the evidentiary hearing presently set on August 16, 2007, at 9:00 a.m. be and is hereby CANCELLED.

Done this 15th day of August, 2007.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE