IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:07cr095-WHA |
| ) | |
| JAMICA DELWAN LAWSON and ) | |
| TERRANCE DEANDRE CAFFEY ) | |

**ORDER**

This case is before the court on the Motion to Continue (Doc. #44), filed by the Defendant, Jamica Delwan Lawson, on August 14, 2007. The United States does not object to the motion.

For the reason that recently-appointed defense counsel for the Defendant Lawson is in need of additional time to adequately prepare the defense, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendants and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case, currently set for September 17, 2007, is CONTINUED and RESET for the term of court commencing October 2, 2007. The Magistrate Judge is requested to set a new pretrial hearing date consistent with the new trial date.

DONE this 15th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE