IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:07cr095-WHA |
| ) | |
| JAMICA DELWAN LAWSON and ) | |
| TERRANCE DEANDRE CAFFEY ) | |

**ORDER**

This case is before the court on the Motion to Continue (Doc. #65), filed by the Defendant Jamica Delwan Lawson. Counsel for Defendant Lawson represents to the court that neither the co-defendant Terrance Caffey, nor the United States, objects to the motion.

For the reason that Defendant Lawson is in need of additional time to complete plea negotiations with the Government, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing October 2, 2007, to the term of court commencing November 5, 2007.

DONE this 17th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE