IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07-cr-95-WHA |
| | ) | |
| TERRANCE DEANDRE CAFFEY and | ) | |
| JAMICA DELWAN LAWSON | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney A. Clark Morris, as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Christa D. Deegan.

Respectfully submitted this the 10th of October, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax

# MOTION GRANTED

SO ORDERED
THIS 11th DAY OF October, 2007

_____
UNITED STATES DISTRICT JUDGE