IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO. 02:07cr95-WHA |
| ) | |
| TERRANCE DEANDRE CAFFEY ) | |

**UNOPPOSED MOTION TO CONTINUE**

Comes now Defendant Terrance Deandre Caffey, by and through counsel, and shows as follows:

1. This case is on this Court's November 5, 2007 trial docket.

2. This case is on a settlement track. However, the United States of America now has counsel who is new to this case. Counsel for the United States of America and counsel for the defendant will need some additional time to catch up on previous events in this case and follow up on matters previously planned between counsel for the defendant and prior counsel for the United States of America, and finalize a plea agreement.

3. Counsel for the United States of America, A. Clark Morris has no objection to a continuance of the trial date in this case.

WHEREFORE, Defendant Terrance Deandre Caffey moves this Court to continue the trial date in this case until the January 14, 2008 trial term.

    **s/ Thomas M. Goggans**
    Ala. State Bar No. 2222-S45-T
    2030 East Second Street
    Montgomery AL 36106
    PH: 334.834.2511
    FX: 334.834.2512
    e-mail: tgoggans@tgoggans.com

    Attorney for Defendant
    Terrance Deandre Caffey

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:07cr95-WHA |
| | ) |
| TERRANCE DANDRE CAFFEY | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 19th day of October 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to the following: **Leura G. Canary, John T. Harmon, A. Clark Morris**

<u>**s/ Thomas M. Goggans**</u>
Ala.  State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Terrance Deandre Caffey

2