IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:07cr095-WHA |
| ) | |
| TERRANCE DEANDRE CAFFEY and ) | |
| JAMICA DELWAN LAWSON ) | |

**ORDER**

This case is before the court on the Unopposed Motions to Continue filed by the Defendant Lawson (Doc. #70) and the Defendant Caffey (Doc. #69).

For the reason that there has been a change in counsel for the United States and both Defendants are in need of additional time to complete plea negotiations, the court finds that the ends of justice to be served by granting the continuance outweigh the rights of the Defendants and the public to a speedy trial. Therefore, the motions are GRANTED, and it is hereby ORDERED as follows:

1. Trial of this case is CONTINUED from the term of court commencing November 5, 2007, to the term of court commencing December 10, 2007.

2. This case will not be continued again.

DONE this 22nd day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE