IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                     ) | CR. NO. 2:07cr-095-01-WHA |
| ) | |
| TERRANCE DEANDRE CAFFEY, ) | |
| ) | |

**ORDER**

Due to a conflict which has arisen in the court's calendar, the sentencing of the Defendant, previously scheduled for February 21, 2008, is RESCHEDULED for February 27, 2008 at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 3rd day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE