IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 2:07cr95-WHA** |
| ) | |
| **TERRANCE DEANDRE CAFFEY and** ) | |
| **JAMICA DELWAN LAWSON, aka** ) | |
| **Big Pop** ) | |

## MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation from the superseding indictment returned July 18, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 19th day of February, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                            Respectfully submitted,

                            **/s/Tommie Brown Hardwick**
                            TOMMIE BROWN HARDWICK
                            Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 2:07cr95-WHA** |
| ) | |
| **TERRANCE DEANDRE CAFFEY and** ) | |
| **JAMICA DELWAN LAWSON, aka** ) | |
| **Big Pop** ) | |

**O R D E R**

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken from the superseding indictment returned July 18, 2007.

DONE this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE