IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>)<br>v.    )<br>    )    CR. NO. 2:07-cr-95-WHA<br>TERRENCE DEANDRE CAFFEY and    )<br>JAMICA DELWAN LAWSON, aka    )<br>Big Pop    )    | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, A. Clark Morris, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 27th day of February, 2008.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> s/A. Clark Morris
> A. CLARK MORRIS
> Assistant United States Attorney
> 131 Clay Street
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7138
> E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:07-cr-95-WHA |
| TERRENCE DEANDRE CAFFEY and ) | |
| JAMICA DELWAN LAWSON, aka ) | |
| Big Pop ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas Goggans, Esquire, and Dan Hamm, Esquire.

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clay Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7138
E-mail: clark.morris@usdoj.gov