IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr95-WHA |
| | ) | |
| TERRANCE DEANDRE CAFFEY and | ) | |
| JAMICA DELWAN LAWSON, aka | ) | |
| BIG POP | ) | |

## ORDER

Upon consideration of the *Motion to Substitute Counsel,* (doc. # 92) filed by the United States, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 20th day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE