IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR -4 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA )
plantiff, )
v. ) CR. NO. 2:07CR095-WHA-001
TERRANCE DEANDRE CAFFEY )
Defendant, )

## NOTICE OF APPEAL AND/OR APPOINTMENT OF COUNSEL ON APPEAL

Comes now the Defendant Terrance DeAndre Caffey, pro-se, in the above styled cause of action, and hereby files this written notice of appeal and/or appointment of counsel on appeal of the court's order dated 28 March, 2008, and/or sentencing hearing on 27 February, 2008. And in support herein states the following:

1. That the United States District Court should appoint counsel under the Criminal Justice Act of 1994, 18 U.S.C. § 3006 A.
2. That the Defendant has been held in federal detention since May 2007.
3. That the Defendant is seeking to proceed in Forma pauperis on appeal
4. That the Defendant, unable to obtain counsel, moves for appointment of counsel on appeal.

-1-

5. That the Defendant, pursuant to Rule 11(a)(1)(A), of the Rules of Appellate Procedures, hereby moves for a copy of the change of plea hearing transcript (held on 5 December, 2007) and the sentencing hearing transcript (held on 27 February, 2008) to be ordered for appellate review.

6. That the Defendant will allege ineffective assistance of counsel, at trial and/or sentencing hearing on direct appeal.

7. That the Defendant will allege that the District Court abused its discretion when it denied his Rule 35(A) motion to correct sentence for clear error on direct appeal.

Dated: 2 April, 2008

Respectfully Submitted,

Terrance D. Caffey
Terrance DeAndre Caffey
Lee County Jail
P.O. Box 2407
Opelika, AL 36801

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I did serve a copy of the notice of appeal upon the opposing party via U.S. mail to the following:

Assistant U.S. Attorney
A. Clark Morris
131 Clayton Street
Montgomery, AL 36104

and that I hand delivered the foregoing to the prison guards, to be mailed on April 2, 2008 pursuant to Houston v. Lack 487 U.S. 266 (1988). (Prison mail-Box Rule).

*Terrance W. Caffey*
Terrance DeAndre Caffey

-3-

Terrance Caffy
Lee County Justice Center
P.O. Box 3407
Opelika, AL 36801



MONTGOMERY AL 361
03 APR 2008 PM 4 T

Office of The Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711