UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

## April 4, 2008

DEBRA P. HACKETT
CLERK

MAILING ADDRESS:
P. O. Box 711
MONTGOMERY, AL 36101
(334)954-3610

---

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re: District Court No. 2:07-CR-00095-WHA
USA V. TERRANCE DEANDRE CAFFEY

Court of Appeals No. 08-11894D

[Stamp: COURT OF APPEALS RECEIVED CLERK APR 16 2008 ATLANTA, GA.]

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt in the enclosed copy of this letter.

☒  Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒  First Notice of Appeal:   Yes ☒   No ☐   Other notices (dates): ___

☐  Other:

☒  The Judge or Magistrate Judge appealed from is: **JUDGE W. HAROLD ALBRITTON, III**

☒  The Court Reporter (s) is/are: **RISA ENTREKIN, MITCHELL REISNER**

☐  A hearing was not held in the case.   ☐ An **audio tape** is available for transcription of the court hearing

☒  The appellant DOCKET FEE has been paid: Yes ☐ No ☒ Date paid:

☐  Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐  Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
   **Enclosed:** certified copy of Order & an updated docket sheet

☐  Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
   **Enclosed:** certified copy of Order & an updated docket sheet

☐  Copy of CJA form / order appointing counsel.

☐  Certified record on appeal consisting of : __Volume(s) of pleadings; ___ PSI (s); _ Volume(s) of transcript; _ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐  ORIGINAL PAPERS:__Volume(s) of pleadings;  ____ Volume(s) of transcript;  ____ folder of exhibits

☐  This is an appeal of a bankruptcy order. Bankruptcy Judge _____

☐  This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk

cc: Court file

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 17, 2008

**Appeal Number: 08-11894-D**
Case Style: USA v. Terrance Deandre Caffey
District Court Number: 07-00095 CR-2-WHA

CC: Debra P. Hackett

CC: Terrance Deandre Caffey

CC: Leura Garrett Canary

CC: Tommie Brown Hardwick

CC: Thomas Martele Goggans

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 17, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-11894-D**
Case Style: USA v. Terrance Deandre Caffey
District Court Number: 07-00095 CR-2-WHA

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether this appeal will be allowed to proceed in forma pauperis, we will advise you of further requirements.

Upon entry of an order regarding in forma pauperis, the District Court Clerk is requested to forward a copy of the order and an updated copy of the docket entries.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

c: District Court Clerk

DKT-5 (11-2007)