IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 02:07cr95-WHA |
| | ) |
| TERRANCE DEANDRE CAFFEY | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now Thomas M. Goggans and shows as follows:

1. Judgment as to Terrrance Deandre Caffey was entered in this case on February 27, 2008. (Doc. 101).

2. Thomas M. Goggans represented the Caffey in this case through the entry of the judgment.

3. Caffey filed a pro se motion to correct sentence on March 10, 2008. (Doc. 105).

4. This Court denied Caffey's pro se motion to correct sentence on March 28, 2008. (Doc. 113).

5. Caffey filed a pro se notice of appeal on April 4, 2008. (Doc. 115). In that notice, Caffey stated that he would be claiming ineffective assistance of counsel. Thus, it now appears that, at some point, Thomas M. Goggans will have to take positions adverse to the positions and interests of Caffey.

WHEREFORE, Thomas M. Goggans moves to withdraw as counsel for Terrance Deandre Caffey.

**MOTION GRANTED**

SO ORDERED
THIS 18th DAY OF April, 2008
_____
UNITED STATES DISTRICT JUDGE

1