Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY  AL  36104-4055

---

May 23, 2008

**Appeal Number: 08-11894-D**
Case Style: USA v. Terrance Deandre Caffey
District Court Number: 07-00095 CR-2-WHA

TO:   Terrance Deandre Caffey

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Tommie Brown Hardwick

CC:   Thomas Martele Goggans

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 23, 2008

Terrance Deandre Caffey
Lee County Justice Center
PO BOX 2407
OPELIKA  AL  36803-2407

**Appeal Number: 08-11894-D**
Case Style: USA v. Terrance Deandre Caffey
District Court Number:  07-00095 CR-2-WHA

We have received a copy of the order of the district court which does not allow this appeal to proceed in forma pauperis.  Rule 24(a) of the Federal Rules of Appellate Procedure provides in part:

> A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice prescribed in Rule24 (a)(4).  The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action.  If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule24 (a)(1).

You may within thirty (30) days from this date either pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed).  See 11th Cir. R. 24-2.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

Encl.

DKT-6A (04-2007)