IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
    Plaintiff, )
v. ) CR. NO. 2:07CR095-WHA-001
TERRANCE DEANDRE CAFFEY )
    Defendant, )

## NOTICE OF APPEAL AND/OR APPOINTMENT OF COUNSEL ON APPEAL

Comes now the Defendant Terrance DeAndre Caffey, pro-se, in the above-styled cause of action, and hereby files this written notice of appeal and/or appointment of counsel on appeal of the court's order dated 20 May, 2008. And in support herein states the following:

1. The Defendant will allege that the District Court abused it's discretion when it denied his motion to proceed on appeal in forma pauperis of his Rule 35(A) motion (Doc #115), and his motion for appointment of counsel.

2. The Defendant is seeking for the District Court to grant an evidentiary hearing so that a substantial amount of evidence that has not been presented to the court, along with what has been presented, may be shown to the court to prove his factual and legal claims.

3. The Defendant will allege ineffective assistance of counsel at trial and/or sentencing hearing, with supporting evidence, on appeal.

-1-

4. The Defendant is seeking to proceed in forma pauperis on appeal.
5. The Defendant has been held in federal detention since May 2007.
6. The Defendant, unable to obtain counsel, moves for appointment of counsel on appeal.
7. The United States District Court should appoint counsel under the Criminal Justice Act of 1994, 18 U.S.C. § 3006A.
8. The Defendant pursuant to Rule 11(a)(1)(A) of the Rules of Appellate Procedures, hereby moves for a copy of the change of plea hearing transcript (held on 5 December, 2007), and the sentencing hearing transcript (held on 27 February, 2008), to be ordered for appellate review.

Dated 27 May, 2008

Respectfully Submitted,
*Terrance D. Caffey*
Terrance D. Caffey
Lee County Jail
P.O. Box 2407
Opelika, AL 36801

## CERTIFICATE OF SERVICE

I hereby certify that I did serve a copy of this notice of appeal upon the opposing party via U.S. mail to:

Assistant U.S. Attorney
A. Clark Morris
131 Clayton Street
Montgomery, AL 36104

and that I hand delivered the foregoing to the prison guard to be mailed on May 27, 2008 pursuant to Houston v. Lack 487 U.S. 266 (1988)(Prison Mail-Box Rule).

*Terrance D. Caffey*
Terrance D. Caffey



Terrance Caffey
2630 Whispering Pine Dr.
Montgomery, AL 36116

MONTGOMERY AL 361

30 MAY 2008 PM 2 T



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711