IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr095-WHA-01 |
| TERRANCE DEANDRE CAFFEY ) | |

## **ORDER**

Upon consideration of the Notice of Appeal and/or Appointment of Counsel on Appeal, filed by the Defendant on June 2, 2008, it is hereby

ORDERED that the Notice is STRICKEN.  *See* Order of the court (Doc. #124) and a notice to Defendant from the Eleventh Circuit Court of Appeals (Doc. #125) dated May 23, 2008.

DONE this 5th day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE