Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

July 03, 2008

**Appeal Number: 08-11894-D**
Case Style: USA v. Terrance Deandre Caffey
District Court Number:  07-00095 CR-2-WHA

TO:   Debra P. Hackett

CC:   Terrance Deandre Caffey

CC:   Leura Garrett Canary

CC:   Tommie Brown Hardwick

CC:   Thomas Martele Goggans

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 03, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-11894-D**
Case Style: USA v. Terrance Deandre Caffey
District Court Number: 07-00095 CR-2-WHA

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
           FILED
   U.S. COURT OF APPEALS
    ELEVENTH CIRCUIT

       JUL  3 2008

     THOMAS K. KAHN
          CLERK
```

No. 08-11984-D

UNITED STATES OF AMERICA,

                        Plaintiff-Appellee,

versus

TERRANCE DEANDRE CAFFEY,

                        Defendant-Appellant.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

**ENTRY OF DISMISSAL**

Pursuant to 11th Cir. R. 42-1(b), the referenced appeal is hereby dismissed for want of prosecution because appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk and failed to make satisfactory financial arrangements for the transcript within the time fixed by the rules, effective this 3rd day July, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:    Nancy Holbrook
        Deputy Clerk

FOR THE COURT - BY DIRECTION

*A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

Nancy Holbrook
Deputy Clerk
Atlanta, Georgia*