# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 11, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-11894-D**
Case Style: USA v. Terrance Deandre Caffey
District Court Number: 07-00095 CR-2-WHA ()

The following action has been taken in the referenced case:

Enclosed is a copy of thie July 3, 2008, dismissal order with the case number corrected.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-11894-D

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRANCE DEANDRE CAFFEY,

Defendant-Appellant.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

**ENTRY OF DISMISSAL**
**(corrected)**

Pursuant to 11th Cir. R. 42-1(b), the referenced appeal is hereby dismissed for want of prosecution because appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk and failed to make satisfactory financial arrangements for the transcript within the time fixed by the rules, effective this 3rd day July, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:    Nancy Holbrook
        Deputy Clerk

FOR THE COURT - BY DIRECTION

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 3 2008

THOMAS K. KAHN
CLERK