Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY  AL  36104-4055

July 22, 2008

**Appeal Number: 08-11894-D**
Case Style: USA v. Terrance Deandre Caffey
District Court Number:  07-00095 CR-2-WHA

TO:   Terrance Deandre Caffey (12198-002)

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Tommie Brown Hardwick

CC:   Thomas Martele Goggans

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 22, 2008

Terrance Deandre Caffey (12198-002)
Marianna FCI
PO BOX 7007
MARIANNA  FL  32447-7007

**Appeal Number: 08-11894-D**
Case Style: USA v. Terrance Deandre Caffey
District Court Number:  07-00095 CR-2-WHA

Your address has been updated and enclosed herewith the mail which was returned to this office.  If you wish to proceed you must file a motion to reinstate and comply with the enclosed correspondences regarding the fee and payment for the transcripts.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

Encl.

MP-1 (12-2006)